5764\complaint

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

CASE NO

QUAI INVESTMENTS, LLC,

        Plaintiff,

vs.

M/V "EL BEBE", her engines, tackles,
boilers, equipment, appurtenances,
etc., *in rem*,

        Defendants.

_____/

## **VERIFIED COMPLAINT**

COMES NOW the Plaintiff, QUAI INVESTMENTS, LLC, by and through the undersigned counsel, and hereby files this VERIFIED COMPLAINT, in Admiralty, against the M/V "EL BEBE", her engines, tackles, boilers, equipment, appurtenances, etc., *in rem* and alleges as follows:

1. This is a claim of Admiralty and Maritime Jurisdiction as hereinafter more fully appears, and is an Admiralty and Maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

2. The Plaintiff, QUAI INVESTMENTS, LLC, (hereinafter QUAI), at all times material hereto, was and is a Limited Liability Corporation organized and existing under and by virtue of the Laws of the State of Florida, with its principal place of business in Plantation, Florida.

3. QUAI is the owner of the marina property located on the Miami River at 2215 NW 14th Street, Miami, Florida 33125.

4. The Defendant, M/V "EL BEBE", her engines, tackles, boilers, equipment, appurtenances, etc., is a 1998 AZIMUT 52' Hull ID Number XAX52301I798 US Coast Guard Official No. 1077226 and is within this District and the jurisdiction of this Court. Specifically, the subject vessel is currently berthed in the Miami River at: 2215 NW 14 Street, Miami, Florida (hereinafter the "Marina").  The M/V "EL BEBE" is now within the admiralty and maritime jurisdiction of this Honorable Court.

5. Since September 2020, the M/V "EL BEBE" has been continuously docked at the Marina.

6. From September 2020 to April 18, 2021, the owners of the M/V "EL BEBE", Regino Rodriguez and Mirtha Rodriguez, have failed to pay dockage to QUAI in the total amount of $89,310.

7. QUAI submitted its Invoice to the owners of the M/V "EL BEBE" for the subject unpaid dockage and has demanded payment but to date QUAI has not been paid, and there remains a principal balance due of $89,310 plus interest due for the dockage of the M/V "EL BEBE".  See Invoice attached as Exhibit A.

8. By reason of the premises, the Plaintiff, QUAI, has a maritime lien for necessaries against the M/V "EL BEBE" in the principal amount of $89,310 plus interest.

WHEREFORE, the Plaintiff prays:

A.  That process in due form of law according to the rules and practice of this Court in causes in Maritime and Admiralty Jurisdiction may issue against Defendant, the M/V "EL BEBE", her engines, tackles, boilers, equipment, appurtenances, etc., in rem.

B.  That Warrant of Arrest issue against the M/V "EL BEBE", her engines, tackles, boilers, equipment, appurtenances, etc., in rem, and that this Court order and adjudge that the M/V "EL BEBE" be condemned and sold to pay the amount due the Plaintiff together with prejudgment interest, costs, attorney's fees and for such further relief that justice may require and that the Court may deem just and proper.

C.  That judgment be entered against the Defendant vessel, in rem, in favor of QUAI INVESTMENTS, LLC, in the principal amount of $89,310, plus interest and costs, including all custodial legis expenses, and such other relief as this Court may deem just and proper.

April 19, 2022  
Miami, Florida

By: *S/Michael C. Black*  
MICHAEL C. BLACK, ESQUIRE  
F.B.N. 0056162  
mblack@marlaw.com  
**MICHAEL C. BLACK, P.A.**  
7700 North Kendall Drive, Suite 305  
Miami, Florida 33156  
Telephone:   (305) 271-8301  
Facsimile:   (305) 271-8302  
*Attorneys for Plaintiff*

5764\verif

## VERIFICATION OF COMPLAINT

I, LARRY L. ADAIR, am the Manager of QUAI INVESTMENTS, LLC at all material times hereto. I have reviewed the foregoing Verified Complaint and verify, under penalties of perjury, that the contents thereof are true and correct to the best of my knowledge and belief.

Dated this 19th day of April, 2022.

QUAI INVESTMENTS, LLC

By: _____
Larry L Adair, Manager